UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEW VIEW GIFTS & ACCESSORIES, LTD., | : :  Civil Action No. 02-5149 |
| Plaintiff, | : : |
| v. | : |
| DONNA PEAKE, t/a and d/b/a THE BARRINGTON GROUP and THE BARRINGTON REP GROUP, INC. | : : : : |
| Defendants. | : : |

**AMENDED NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, PURSUANT TO R. 41(a)(1)(i)**

**TO THE CLERK OF THE COURT:**

Kindly mark the above-captioned matter as dismissed, with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Plaintiff certifies that no answer or motion for summary judgment has been filed by any party and that Plaintiff has not previously dismissed any action in any court of the United States or any state based upon or including the same claims.

Respectfully submitted,

_____
Steven K. Ludwig, Esquire
Maren Reichert, Esquire
Fox, Rothschild, O'Brien & Frankel, LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19103
(215) 299-2164/2103
Attorneys for Plaintiff
New View Gifts & Accessories, Ltd.

Dated: November 4, 2002

PH1 438689v1 11/01/02